Entered: June 24th, 2025
Signed: June 23rd, 2025

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–14867 – MMH**   Chapter: **13**

**Christopher Ray Robinson,**
Debtor.

## INTERIM ORDER IMPOSING AUTOMATIC STAY
## AS TO ALL CREDITORS

Upon Debtor's Motion to Impose Automatic Stay in this case, after consideration of the testimony presented at an evidentiary hearing held on June 18, 2025, without opposition, and for the reasons stated by the court on the record at the conclusion of the hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is imposed in this case as to all creditors on an interim basis pursuant to 11 U.S.C. § 362(c)(4), and will remain in place until further order of the Court.

cc:   Debtor
      Attorney for Debtor – John D. Burns
      Case Trustee – Brian A. Tucci
      All Creditors

**End of Order**

37x08b (rev. 06/09/2010) – AnnaMarieKomisarek